

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:     01-13-01034-CV

Trial Court Cause
Number:     2012-35806A

Style:     Shirley Lenoir, Individually and as Personal Representative of the Estate of Shana Lenoir and Christopher McKnight, Individually and as next friend of Nayla McKnight

    v. Leah Anne Gonski Marino f/k/a Leah Anne Gonski and Jaou-Chen Huang, M.D.

Date motion filed*:     December 4, 2014

Type of motion:     Unopposed Motion for Extension of Time to File Motion for Rehearing and/or Motion for En Banc Reconsideration

Party filing motion:     Appellant

Document to be filed:     Motion for Rehearing and/or Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
    Original due date:     December 10, 2014
    Number of previous extensions granted:   0
    Date Requested:     January 26, 2015

Ordered that motion is:

  ☒ Granted, in part

    If document is to be filed, document due: **January 20, 2015**

    ☒ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ The Court will not grant additional motions to extend time.

  ☐ Denied

  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

  ☐ Other: _____

Judge's signature: /s/ Harvey Brown
    ☒ Acting individually     ☐ Acting for the Court

Panel consists of Justices Massengale, Brown, & Huddle

Date:     December 9, 2014